UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANDY ROUTT, d/b/a , SANDYSBEACHGIFTS.COM and SANDYS BEACH<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.<br><br>Defendant. | Cause No.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT FALSE DESIGNATION OF ORIGIN AND UNFAIR BUSINESS PRACTICES<br><br>JURY TRIAL DEMANDED |

Plaintiff Sandy Routt, (Ms. Routt) d/b/a SandysBeachGifts.com and Sandys Beach, complains of Defendant as follows:

**PARTIES**

1. Ms. Routt is an individual residing within this judicial district at Kingston, Washington,

2. Upon information and belief, Defendant Amazon.com, Inc. ("Amazon.com") is a Delaware Corporation with a principle place of business in this judicial district at Seattle, Washington.

3. Upon information and belief, Amazon.com is engaged in the business of providing retail Internet sales of various products to customers throughout the World as well as within this judicial district.

COMPLAINT - 1

FACTS

4. Ms. Routt is a talented and well-known Pacific Northwest mixed-media artist and designer of various jewelry, apparel, collectible and other items. Ms. Routt is the creator, owner and operator of an Internet website, known as "SandysBeachGifts.com," through which her original and one-of-a-kind and other items are offered for sale. Ms. Routt has operated the business Sandys Beach since 1996 and the website SandysBeachGifts.com since January, 2007.

5. Through her "SandysBeachGifts.com" website, Ms. Routt displays the various items she has created and offers for sale as well as offering other items for sale that she purchases from various manufacturers and suppliers. Through her "SandysBeachGifts.com" website, Ms. Routt provides potential customers with the opportunity to place orders. Each of the items includes a photograph, most of which were taken and created by Ms. Routt herself, tastefully and artfully displaying the item. The "SandysBeachGifts.com" website includes hundreds of such items and displays these items to purchasers and potential customers throughout the United States and the world.

6. In the course of creating and operating her "SandysBeachGifts.com" website, Ms. Routt, personally took most of the photographs actually used on the site. In so doing, Ms. Routt made the editorial and artistic decisions involved in selecting the items, arranging and illuminating them, and photographing them for maximum artistic impact. Such photographs and other promotional materials constitute original works of authorship for which Ms. Routt has and claims copyright. Such photographs further constitute valuable intellectual property assets of Ms. Routt and are important to the operation and success of her "SandysBeachGifts.com" website.

7. Ms. Routt has filed multiple applications for copyright with the United States Copyright Office directed to the various photographs she has created and uses on her "SandysBeachGifts.com" website. True and correct copies of the copyright registration

applications Ms. Routt has filed with the Untied States Copyright Office are attached as Exhibit A.

8. Defendant Amazon.com maintains several websites that are accessible by and available to users throughout the United States including in this District. Upon information and belief, Amazon.com has several "affiliates" that are associated with, under under contract to, Amazon.com. These affiliates offer for sale, through the Amazon.com website and with the full sponsorship and knowledge of Amazon.com, various products to online customers throughout the United States. Such products are displayed through the Amazon.com website and orders can be placed, and payment made, for such products through Amazon.com. Upon information and belief, revenues received for such orders and sales are shared between Amazon.com and its affiliates.

9. Defendant Amazon.com has, without the authorization or permission of Ms. Routt, copied, duplicated and displayed on at least one of its affiliated websites many of Ms. Routt's copyrighted photographs that are the subjects of the copyright registrations filed by Ms. Routt. In particular, many of Ms. Routt's copyrighted photographs were copied and displayed at the following websites, each of which prominently features the AMAZON name:

http://kitchenwallart.afterbreastaugmentaion.net/product/beaded-multi-use-purse-for-cell-phone-or-id-holder

http://buyproductnow.net/store/routt-painting

http://dresseswomen.info/search/crystal-large-grapes-earrings-purple

http://skecherswomenshoes.16mb.com/search/sandy-routt

http://elzfaf.com/search/rhinestone-apron-wine-diva

http://fashionbeautyonlinestore.com/fashionstore/sandysbeachgifts

http://reviewthebestproducts.com/store/rhinestone-apron-christmas-holiday

http://fashionlookstore.com/fashionlook/sandy-routt-painting

http://alenaki.net/search/crystal-grapes-purple-small-lapel-pin

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
TELEPHONE: 206.436-0900

|   |   |
|---|---|
| 1 | http://omyud.com/search/crystal-grapes-purple-small-lapel-pin |
| 2 | http://stratopixel.com/search/sandysbeachgifts |
| 3 | http://stratopixel.com/search/sandysbeachgifts |
| 4 | http://the-roomstore.com/search/rhinestone-scoop-neck-shirt-blue-patriotic-usa |
| 5 | http://toshibastore.laptopreviewsweb.com/search/sandy-routt |
| 6 | http://barcodescannerstore.info/bestseller/rhinestone-apron-holiday-christmas |
| 7 | http://iklanmanis.info/search/rhinestone-scoop-neck-shirt-wine-tuscan-grapes |
| 8 | http://homefurnitureonlineshop.com/homefurniture/sandysbeachgifts |
| 9 | http://womanfashionstore.com/?s=rhinestone+apron+wine+tuscan+arch |
| 10 | http://cameraphotographystore.com/store/rhinestone-apron-wine-tuscan-arbor |
| 11 | http://bathroomremodelstore.com/bestseller/rhinestone-apron-wine-diva |
| 12 | http://whenistheiphone5comingout.com/search/sandy-routt-painting |

Additional websites depicting Ms. Routt's copyrighted photographs are listed on the attached Exhibit B. True and correct copies of website screen captures showing unauthorized reproductions of Ms. Routt's copyrighted photographs are attached as Exhibit C. The "Amazon.com" logo is featured prominently in these web pages.

10. Although the above-identified website displays unauthorized copies of Ms. Routt's photographs and depicts images of Ms. Routt's commercial products, when an attempt is made to purchase one of the products through the website, the website informs the purchaser that the depicted product is not available and then suggest alternate products, not sourced by Ms. Routt, that can be purchased instead. In so doing, the above-identified website uses Ms. Routt's photographs and depictions of her products to generate initial interest, only to direct the purchasers to buy products other than Ms. Routt's.

## CAUSES OF ACTION

### COUNT I

### COPYRIGHT INFRINGEMENT

11. Ms. Routt incorporates the allegations made in paragraphs 1-10 as if fully set forth herein.

12. Defendant has willfully committed copyright infringement under 17 U.S.C. § 501 et. seq., directly, by inducement, or by way of contributory liability, by knowingly aiding, causing, or committing, the unauthorized practice or execution of one or more exclusive rights owned by Ms. Routt as set forth in 17 U.S.C. § 106, said exclusive rights having been perfected by U.S. Copyright Service Requests as identified in Attached Exhibit A.

## COUNT II

## VIOLATIONS OF THE LANHAM ACT

13. Ms. Routt incorporates the allegations made in paragraphs 1-12 as if fully set forth herein.

14. Defendant's unauthorized use of Ms. Routt's copyrighted materials and its reproduction and emulation of Ms. Routt's photographs and product images are intended to cause confusion, mistake or to deceive consumers as to the source of origin of their products. Defendant's actions are likely to cause member of the public who search for Ms. Routt's genuine products and, as a result find or see the subject website maintained by or on behalf of Defendant to believe that the subject website maintained by Defendant has an affiliation, connection, association, origin, or sponsorship relationship with Ms. Routt or vice versa.  By displaying Ms. Routt's genuine products to generate initial interest and thereafter directing potential customers to different products, Defendant is diverting sales from Ms. Routt and interfering with her business.  Defendants' actions constitute a false designation of origin in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1).

15. Ms. Routt has been and will continue to be irreparably harmed by Defendants' actions unless Defendants are enjoined from continuing their unauthorized use of Ms. Routt's copyrighted and other materials and from falsely representing the actual origin of their goods and services.

COMPLAINT - 5

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
TELEPHONE: 206.436-0900

16. Ms. Routt is entitled to recover all of Defendants' profits, damages sustained by Ms. Routt and the costs of this action that result from Defendants' use of Ms. Routt's materials as well as trebling of these damages and an award of reasonable attorney's fees pursuant to 15. U.S.C. § 1117(a).

### COUNT III

### VIOLATION OF WASHINGTON CONSUMER PROTECTION ACT

17. Ms. Routt incorporates the allegations made in paragraphs 1-16 as if fully set forth herein.

18. Defendant's actions in falsely suggesting a connection between Ms. Routt's photographs of her genuine products on the one hand, and its own websites on the other to promote the sales of their competing goods and to deceive consumers as to the actual origin of the goods offered and sold through the respective sites have and are having a deleterious impact on the public interest and have cause injury to Ms. Routt's business or property.

19. Defendants' actions as alleged above amount to a violation of the Washington Consumer Protection Act, RCW § 19.86 et seq.

20. Ms. Routt is and will continue to be irreparably harmed by Defendants' actions unless Defendant is enjoined from continuing its unauthorized use of Ms. Routt's copyrighted photographs and other materials and from falsely representing the actual origin of its own goods and services.

21. Ms. Routt is entitled to collect damages under RCW 19.86.090 for Defendants' willful actions, as well as trebling of damages and an award of attorney's fees.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Sandy Routt, prays for the following relief:

A. An order entering judgment in favor of Ms. Routt and awarding damages to Ms. Routt in the amount of Ms. Routt's actual damages and any profits of the Defendant

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
TELEPHONE: 206.436-0900

attributable to the infringing acts alleged herein, consistent with 17 U.S.C. § 504(a)(1), or, at its election, an award of statutory damages consistent with 17 U.S.C. § 504(a)(2).

B.	An order entering judgment in favor of Ms. Routt and enjoining any further acts of infringement of the copyrights owned or controlled by Ms. Routt and further ordering the destruction of all articles used (such as master disks or data models) in the acts of infringement, consistent with remedies available under 17 U.S.C. § 503 and 15 U.S.C. § 1118.

C.	An award of full costs and reasonable attorney's fees against Defendants and in favor of Ms. Routt pursuant to 17 U.S.C. § 505.

D.	Such other further relief the Court may deem just and proper.

## JURY DEMAND

Ms. Routt demands a trial by jury on all issues presented in this Complaint.

Dated this 1st day of August, 2012.

Respectfully submitted,

 /s/ Philip P. Mann
Philip P. Mann, WSBA No: 28860
**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, Washington  98101
(206) 436-0900
Fax (866) 341-5140
*phil@mannlawgroup.com*

Attorneys for Plaintiff Sandy Routt